UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **BRANDON CALEB** | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 4:25-cv-00029-O |
| | ) |
| **CREDIT CONTROL LLC** | ) |
|     **Defendant.** | ) |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES

Plaintiff files this Certificate of Interested Parties reflecting all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, affiliates, parent corporations, or other entities that he believes are financially interested in the outcome of this litigation as indicated by the current state of the pleadings. Such parties are:

1. Brandon Caleb, Plaintiff.

2. Tiffany Hill, Legal Counsel for Plaintiff.

Should other parties be added to this lawsuit who thereby become financially interested in the outcome of this litigation, Plaintiff will promptly file an amended certificate with the Clerk identifying such interested parties.

Dated: January 15, 2025        By: s/ Tiffany Hill
                                            Tiffany Hill, Esq. (OBA# 31332)
                                            PO Box 803672
                                            Dallas, TX 75380

(405) 456-9406
thlegalconsulting@gmail.com
*ATTORNEY FOR PLAINTIFF*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document, using the electronic case filing system of the Court and a copy of the foregoing was served upon all parties of record via CM/ECF.

                              Respectfully submitted,

Dated: January 15, 2025            s/ Tiffany Hill
                                       Tiffany Hill, Esq. (OBA #31332)